# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00072-CV

**Yvonne Vasquez, Appellant**

**v.**

**Guadalupe Valley Telephone Cooperative, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
### NO. C2012-0437A, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Yvonne Vasquez filed her notice of appeal on February 8, 2013. On May 22, 2013, the clerk of this Court notified appellant that her brief was overdue and that her appeal was subject to dismissal for want of prosecution unless she filed her brief or responded to this notice by June 3, 2013. To date, appellant has neither filed her brief nor responded to this Court's notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton, and Rose

Dismissed for Want of Prosecution

Filed:   June 27, 2013